J-A22033-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| BROOKSIDE APARTMENTS REALTY, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| MICHAEL HEILMAN AND KYLE HEILMAN | |
| Appellants | No. 83 MDA 2015 |

Appeal from the Order Entered December 18, 2014
In the Court of Common Pleas of Lebanon County
Civil Division at No(s): 2014-01069

BEFORE:  BOWES, J., JENKINS, J., and PLATT, J.[*]

DISSENTING MEMORANDUM BY JENKINS, J.:   **FILED DECEMBER 04, 2015**

I respectfully dissent.

I agree with the learned majority's analysis of all issues presented, and its determination that all of Appellants' issues are waived.  I disagree, however, with the majority's decision to affirm the order on the merits.

As the majority correctly notes, a party must file post-trial motions at the conclusion of trial in any type of civil action in order to preserve claims that the party wishes to raise on appeal.  **See** Pa.R.C.P. 227.1.

> "The purpose for Rule 227.1 is to provide the trial court with an opportunity to correct errors in its ruling and avert the need for appellate review." [**Chalkey v. Roush**, 805 A.2d 491, 494 n.9 (Pa.2002)]  "If an issue has not been raised in a post-trial motion, it is waived for appeal purposes." **L.B. Foster Co. v. Lane Enterprises, Inc.**,

_____

[*] Retired Senior Judge assigned to the Superior Court.

> 710 A.2d 55 ([Pa.]1998). Accordingly, "our Court has consistently quashed appeals from orders or verdicts following non-jury trials when no post-trial motions were filed." ***Diamond Reo Truck Co. v. Mid–Pacific Industries, Inc.***, 806 A.2d 423, 428 (Pa.Super.2002); ***see also Cerniga v. Mon Valley Speed Boat Club, Inc.***, 862 A.2d 1272 (Pa.Super.2004).

***Warfield v. Shermer***, 910 A.2d 734, 737 (Pa.Super.2006), *appeal denied*, 921 A.2d 497 (Pa.2007).

Here, Appellants did not file post-trial motions. Accordingly, I would quash this appeal.